# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER **08 CR 1527-JM**
)
vs )   ABSTRACT OF ORDER
)
**Alberto Fierros-Hurtado (1)** )   Booking No. **08197298**
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **July 11, 2008** the Court entered the following order:

__X__ Defendant be released from custody. **as to this case only**

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and (____ bond) (____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals (____ affirming) (____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

__X__ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. **Deft to appear on 08CR2164-MH/TS 8/22/08 @ 11am**

**JEFFREY T. MILLER**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR., Clerk
by
_____
Deputy Clerk

Received_____
DUSM

Crim-9   (Rev 6-95)   ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY